UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LA DOLCE VITA FINE DINING COMPANY :
LIMITED and LA DOLCE VITA FINE DINING
GROUP HOLDINGS LIMITED, :

                Petitioners, :

                v. :

ZHANG LAN, GRAND LAN HOLDINGS :
GROUP (BVI) LIMITED, QIAO JIANG LAN
DEVELOPMENT LIMITED f/k/a SOUTH :
BEAUTY DEVELOPMENT LIMITED, and
METRO JOY INTERNATIONAL LLC, :

                Respondents. :
------------------------------------------------------------X

**ORDER**

21-CV-3071 (LAK) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      On April 9, 2021, the petitioners filed a "Petition to Confirm Foreign Arbitral Awards, for Entry of Judgment, and for the Appointment of a Receiver to sell Attached Property." By a letter dated July 12, 2021, the petitioners assert: "We write regarding Petitioners' pending motion, filed on April 9, 2021 and on which Zhang and Metro Joy defaulted" and "request that the Court proceed at its soonest convenience with its Recommendation and Report granting the Confirmation Motion on default." Docket Entry No. 32. On or before July 15, 2021, the respondents shall respond to the petitioners' July 12, 2021 letter.

Dated: New York, New York
      July 12, 2021

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE