**MANDATE**

MANDATE

S.D.N.Y.—N.Y.C.
21-cv-3071
Kaplan, J.
Willis, M.J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of August, two thousand twenty-three.

Present:

Richard J. Sullivan,
Steven J. Menashi,
Sarah A. L. Merriam,
    *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sep 20 2023

_____

La Dolce Vita Fine Dining Company Limited, et al.,

    *Petitioners-Appellees*,

    v.

Zhang Lan, et al.,

    *Respondents-Appellants*,

Metro Joy International LLC,

    *Respondent*.

23-480

_____

Appellants move for vacatur of the district court's judgment, and for dismissal of this appeal as moot. Appellants represent that the Appellees do not oppose the motion. Upon due consideration, it is hereby ORDERED that the motion is GRANTED, the district court's judgment is vacated, the appeal is dismissed as moot, and this matter is remanded to the district court with instructions to dismiss the underlying case as moot. *United States v. Munsingwear*, 340 U.S. 36 (1950); *Hassoun v. Searls*, 976 F.3d 121, 130 (2d Cir. 2020).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 09/20/2023**