UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LA DOLCE VITA FINE DINING COMPANY LIMITED. et al.,

                     Plaintiffs,

        -against-                                      21-cv-3071 (LAK)

ZHANG LAN, et ano.,

                     Defendants.
------------------------------------------------------------x

### ORDER

LEWIS A. KAPLAN, *District Judge.*

        Case dismissed as moot in accordance with Court of Appeals mandate.

        The Clerk shall close the case.

        SO ORDERED.

Dated:        September 21, 2023

                                                                   /s/ Lewis A. Kaplan
                                                                   Lewis A. Kaplan
                                                                 United States District Judge